Law Division Motion Section Initial Case Management Dates on CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom.
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 8/20/2026 9:00 AM

| 2320 - Not Served | 2321 - Not Served |
| 2420 - Served by Mail | 2421 - Served by Mail |
| 2420 - Served by Publication | 2421 - Served by Publication 8/ |

FILED
6/22/2026 3:45 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L007383
Calendar, E
38670533

**THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

MARCO CESARIO, )
)
          Plaintiff, )
)
-vs- )
)
INFINILADDER TECH, INC., a foreign )
Corporation, and )
AMAZON.COM SERVICES, LLC, a foreign )
Corporation, )
)
          Defendants. )

No. 2026L007383

Amount claimed in excess of
$50,000.00

**SUMMONS**

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

WITNESS, 6/22/2026 3:45 PM Mariyana T. Spyropoulos
_____, 2026

S E A L
Mariyana Spyropoulos, Clerk of Court

Atty No. 34371
Nemeroff Law Offices, Ltd.
Attorney for Plaintiff
105 W. Madison St., Ste. 1900
Chicago, IL 60602
P: (312) 629-8800
E: service@nem-law.com

Date of service: _____, 2026
(To be inserted by officer on copy left with
Defendant or other person)

MARIYANA T. SPYROPOULOS, CLERK OF THE CIRCUIT COURT OF COOK COUNTY
cookcountyclerkofcourt.org

*Law Division
Richard J Daley Center
50 W. Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 a.m. - 4:30 p.m.

Exhibit A

FILED DATE: 6/22/2026 3:45 PM   2026L007383

## PLEASE SERVE THE FOLLOWING PARTIES:

INFINILADDER TECH, INC.
Via Registered Agent: Advantage Delaware LLC
3524 Silverside Rd., Ste 35B
Wilmington, DE 19810

AMAZON.COM LLC SERVICES
Via Registered Agent: Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Exhibit A

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 8/20/2026 9:00 AM

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MARCO CESARIO

v.

INFINILADDER TECH, INC. and AMAZON.COM SERVICES, LLC

No. 2026L007383

FILED
6/22/2026 3:45 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L007383
Calendar, E
38670533

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☐ Yes ☑ No

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☑ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: Nemeroff Law Offices, Ltd.

(Attorney)                    (Pro Se)

### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

_____

Primary Email: service@nem-law.com

Secondary Email: _____

Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of the _Clerk's Oce Electronic Notice Policy_ and choose to opt in to electronic notice form the Clerk's Office for this case at this email address: _____

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
Page 1 of 1

Exhibit A

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 8/20/2026 9:00 AM

FILED
6/22/2026 3:45 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L007383
Calendar, E
38670533

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| MARCO CESARIO, | ) |
| Plaintiff, | ) No. 2026L007383 |
| -vs- | ) |
| INFINILADDER TECH, INC., a foreign Corporation, and AMAZON.COM SERVICES, LLC, a foreign Corporation, | ) Amount claimed in excess of $50,000.00 |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, MARCO CESARIO, ("Plaintiff") by and through his attorneys, NEMEROFF LAW OFFICES LTD., complaining of the Defendant INFINILADDER TECH, INC., a foreign corporation ("Defendant INFINILADDER"), and Defendant AMAZON.COM SERVICES, LLC, a foreign limited liability company ("Defendant AMAZON") and states as follows:

### COUNT I
(MARCO CESARIO v. INFINILADDER TECH, INC.)

1. At all times relevant, Defendant INFINILADDER was a foreign corporation, incorporated in the state of Delaware, doing business in Cook County, Illinois

2. At all relevant times, the registered agent for Defendant INFINILADDER was ADVANTAGE DELAWARE LLC, 3524 Silverside Rd, Suite 35B, Wilmington, DE 19810 in the state of Delaware.

3. At all times relevant, Defendant AMAZON was a foreign limited liability company, organized in the state of Delaware, doing business in Cook County, Illinois

4. At all times relevant, Defendant AMAZON was engaged in the business of selling and distributing goods in the state of Illinois, including Cook County.

Exhibit A

5. At all relevant times, the registered agent for Defendant AMAZON was ILLINOIS CORPORATION SERVICE COMPANY, 801 Adlai Stevenson Drive, Springfield Illinois.

6. At all times relevant, Plaintiff resided in the city of Chicago, county of Cook, state of Illinois.

7. On June 22, 2024, Plaintiff was at his home located at 106 N. Aberdeen St, Unit #3D, Chicago IL 60607, when he was using a 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform.

8. On June 22, 2024, as Plaintiff was using the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform, as he was standing on the 3rd and 4th step, the leg of the ladder collapsed and caused Plaintiff to fall and become injured.

9. At all times relevant, Defendant INFINILADDER manufactured the defective 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform that caused injuries to Plaintiff on June 22, 2024.

10. At the time of its manufacture by Defendant INFINILADDER, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was defective in that it was not designed and/or constructed with sufficient materials or in a proper way for its intended use and purpose.

11. On June 24, 2024, and at all times relevant, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was being used by the Plaintiff in the manner it was designed and intended for.

12. On June 24, 2024, and at all times relevant, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was not used improperly or misused in any way.

FILED DATE: 6/22/2026 3:45 PM    2026L007383

13. At all times relevant, Defendant INFINILADDER had actual or constructive notice of the dangerous conditions presented by the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform.

14. On June 22, 2024, Defendant INFINILADDER owed a duty to refrain from manufacturing and designing a defective and unreasonably dangerous 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform for the safety of its users including the Plaintiff.

15. Notwithstanding said duty, Defendant INFINILADDER was guilty of one or more of the following careless and negligent acts or omissions:

a) failed to warn Plaintiff of the dangerous and defective condition of the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform;

b) allowed a dangerous and hazardous 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform to be sold, thereby causing a dangerous and hazardous condition for the users lawfully using the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform, including plaintiff;

c) improperly designed the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform;

d) improperly manufactured the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform; and

e) failed to inspect the ladder, thereby failing to keep purchasers notified regarding dangerous and defective 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform.

16. As a proximate result of one or more of these acts or omissions by Defendant INFINILADDER, Plaintiff suffered injuries, both temporary and permanent, to his personal and pecuniary interests.

**WHEREFORE,** Plaintiff MARCO CESARIO, demands judgment of defendant INFINILADDER TECH, INC. for compensatory damages in an amount in excess of $50,000, the jurisdictional minimum of the Law Division of the Circuit Court of Cook County.

FILED DATE: 6/22/2026 3:45 PM   2026L007383

Exhibit A

## COUNT II - Strict Liability
(MARCO CESARIO v. INFINILADDER TECH, INC.)

1.    At all times relevant, Defendant INFINILADDER was a foreign corporation, incorporated in the state of Delaware, doing business in Cook County, Illinois

2.    At all relevant times, the registered agent for Defendant INFINILADDER was ADVANTAGE DELAWARE LLC, 3524 Silverside Rd, Suite 35B, Wilmington, DE 19810 in the state of Delaware.

3.    At all times relevant, Defendant AMAZON was a foreign limited liability company, organized in the state of Delaware, doing business in Cook County, Illinois

4.    At all times relevant, Defendant AMAZON was engaged in the business of selling and distributing goods in the state of Illinois, including Cook County.

5.    At all relevant times, the registered agent for Defendant AMAZON was ILLINOIS CORPORATION SERVICE COMPANY, 801 Adlai Stevenson Drive, Springfield Illinois.

6.    At all times relevant, Plaintiff resided in the city of Chicago, county of Cook, state of Illinois.

7.    On June 22, 2024, Plaintiff was at his home located at 106 N. Aberdeen St, Unit #3D, Chicago IL 60607, when he was using a 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform.

8.    On June 22, 2024, as Plaintiff was using the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform, as he was standing on the 3rd and 4th step, the leg of the ladder collapsed and caused Plaintiff to fall and become injured.

9.    At all times relevant, Defendant INFINILADDER manufactured the defective 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform that caused injuries to Plaintiff on June 22, 2024.

FILED DATE: 6/22/2026 3:45 PM   2026L007383

Exhibit A

10. At the time of its manufacture by Defendant INFINILADDER, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was defective in that it was not designed and/or constructed with sufficient materials or in a proper way for its intended use and purpose.

11. On June 24, 2024, and at all times relevant, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was being used by the Plaintiff in the manner it was designed and intended for.

12. On June 24, 2024, and at all times relevant, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was not used improperly or misused in any way.

13. At all times relevant, Defendant INFINILADDER had actual and/or constructive notice of the dangerous conditions presented by the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform.

14. On June 22, 2024, Defendant INFINILADDER owed a duty to refrain from manufacturing and designing a defective and unreasonably dangerous 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform for the safety of its users including the Plaintiff.

15. At all times relevant, Defendant INFINILADDER was strictly liable for the dangerous conditions presented by the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform which caused plaintiff's injuries.

16. On or about June 22, 2024, and at all relevant times, Defendant INFINILADDER owed a duty to refrain from manufacturing, marketing, selling and distributing a defective and unreasonably dangerous 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform for the safety of users or customers including the Plaintiff and others lawfully using the ladder.

17. Notwithstanding said duty, Defendant INFINILADDER was guilty of one or more of the following under strict liability:

FILED DATE: 6/22/2026 3:45 PM    2026L007383

a) Manufactured, distributed and sold the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform in a defective condition which was unreasonably dangerous to the user or consumer, including the Plaintiff, and is liable for physical harm thereby caused to the ultimate user or consumer, including the Plaintiff, under Section 402A of the Restatement (Second) of Torts;

b) Engaged in the business of selling the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform under Section 402A of the Restatement (Second) of Torts;

c) Reached the user or consumer, including the plaintiff without a substantial change in the condition in which it is sold under Section 402A of the Restatement (Second) of Torts;

d) Involved in the marketing of the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform;

e) Involved in the distribution chain of the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform e;

f) Involved in the sale of the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform to stores, including the online business store Amazon.com;

g) Failed to warn of the ladder's dangerous propensity; and

h) Allowed the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform to enter into the chain of distribution when it was a product with inherent dangers that is defective and unreasonably dangerous to the user or consumer, including the Plaintiff when they failed to adequately warn of the potential risks or hazards associated with its use.

18.    As a proximate result of one or more of these acts or omissions by Defendant INFINILADDER, Plaintiff suffered injuries, both temporary and permanent, to his personal and pecuniary interests.

**WHEREFORE,** Plaintiff MARCO CESARIO, demands judgment of defendant INFINILADDER TECH, INC. for compensatory damages in an amount in excess of $50,000, the jurisdictional minimum of the Law Division of the Circuit Court of Cook County.

Exhibit A

## COUNT III
### (MARCO CESARIO V. AMAZON.COM SERVICES, LLC)

1. At all times relevant, Defendant INFINILADDER was a foreign corporation, incorporated in the state of Delaware, doing business in Cook County, Illinois

2. At all relevant times, the registered agent for Defendant INFINILADDER was ADVANTAGE DELAWARE LLC, 3524 Silverside Rd, Suite 35B, Wilmington, DE 19810 in the state of Delaware.

3. At all times relevant, Defendant AMAZON was a foreign limited liability company, organized in the state of Delaware, doing business in Cook County, Illinois

4. At all times relevant, Defendant AMAZON was engaged in the business of selling and distributing goods in the state of Illinois, including Cook County.

5. At all relevant times, the registered agent for Defendant AMAZON was ILLINOIS CORPORATION SERVICE COMPANY, 801 Adlai Stevenson Drive, Springfield Illinois.

6. At all times relevant, Plaintiff resided in the city of Chicago, county of Cook, state of Illinois.

7. On June 22, 2024, Plaintiff was at his home located at 106 N. Aberdeen St, Unit #3D, Chicago IL 60607, when he was using a 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform.

8. On June 22, 2024, as Plaintiff was using the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform, as he was standing on the 3rd and 4th step, the leg of the ladder collapsed and caused Plaintiff to fall and become injured.

9. At all times relevant, Defendant INFINILADDER manufactured the defective 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform that caused injuries to Plaintiff on June 22, 2024.

FILED DATE: 6/22/2026 3:45 PM    2026L007383

Exhibit A

FILED DATE: 6/22/2026 3:45 PM 2026L007383

10.     At the time of its manufacture by Defendant INFINILADDER, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was defective in that it was not designed and/or constructed with sufficient materials or in a proper way for its intended use and purpose.

11.     On June 24, 2024, and at all times relevant, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was being used by the Plaintiff in the manner it was designed and intended for.

12.     On June 24, 2024, and at all times relevant, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was not used improperly or misused in any way.

13.     At all times relevant, Defendant AMAZON had actual and/or constructive notice of the dangerous conditions presented by the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform.

14.     At all times relevant, Defendant AMAZON was responsible for distributing and selling the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform which caused Plaintiff's injuries.

15.     At the time of its distribution by Defendant AMAZON, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was defective in that it was not designed and/or constructed with sufficient materials or in a proper way for its intended use and purpose.

16.     On June 22, 2024, Defendant AMAZON owed a duty to refrain from distributing a defective and unreasonably dangerous 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform for the safety of its users and consumers, including the Plaintiff.

17.     Notwithstanding said duty, Defendant AMAZON was guilty of one or more of the following careless and negligent acts or omissions:

    a.  failed to warn Plaintiff of the dangerous and defective condition of the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform;

FILED DATE: 6/22/2026 3:45 PM 2026L007383

b. allowed a dangerous and hazardous 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform e to be sold, thereby causing a dangerous and hazardous condition for the users lawfully using the ladder, including plaintiff; and

c. failed to inspect the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform, thereby failing to keep purchasers notified regarding dangerous and defective ladder.

18. As a proximate result of one or more of these acts or omissions by Defendant AMAZON, Plaintiff suffered injuries, both temporary and permanent, to his personal and pecuniary interests.

WHEREFORE, Plaintiff MARCO CESARIO, demands judgment of Defendant AMAZON.COM SERVICES, LLC for compensatory damages in an amount in excess of $50,000, the jurisdictional minimum of the Law Division of the Circuit Court of Cook County.

## COUNT IV – Strict Liability
### (MARCO CESARIO V. AMAZON.COM SERVICES, LLC)

1. At all times relevant, Defendant INFINILADDER was a foreign corporation, incorporated in the state of Delaware, doing business in Cook County, Illinois

2. At all relevant times, the registered agent for Defendant INFINILADDER was ADVANTAGE DELAWARE LLC, 3524 Silverside Rd, Suite 35B, Wilmington, DE 19810 in the state of Delaware.

3. At all times relevant, Defendant AMAZON was a foreign limited liability company, organized in the state of Delaware, doing business in Cook County, Illinois

4. At all times relevant, Defendant AMAZON was engaged in the business of selling and distributing goods in the state of Illinois, including Cook County.

5. At all relevant times, the registered agent for Defendant AMAZON was ILLINOIS CORPORATION SERVICE COMPANY, 801 Adlai Stevenson Drive, Springfield Illinois.

6. At all times relevant, Plaintiff resided in the city of Chicago, county of Cook, state of Illinois.

7. On June 22, 2024, Plaintiff was at his home located at 106 N. Aberdeen St, Unit #3D, Chicago IL 60607, when he was using a 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform.

8. On June 22, 2024, as Plaintiff was using the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform, as he was standing on the 3rd and 4th step, the leg of the ladder collapsed and caused Plaintiff to fall and become injured.

9. At all times relevant, Defendant INFINILADDER manufactured the defective 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform that caused injuries to Plaintiff on June 22, 2024.

10. At the time of its manufacture by Defendant INFINILADDER, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was defective in that it was not designed and/or constructed with sufficient materials or in a proper way for its intended use and purpose.

11. At all times relevant, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was being used by the Plaintiff in the manner it was designed and intended for.

12. At all times relevant, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was not used improperly or misused in any way.

13. Defendant AMAZON was responsible for distributing and selling the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform which caused Plaintiff's injuries.

14. At the time of its distribution by Defendant AMAZON, the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform was defective in that it was not designed and/or constructed with sufficient materials or in a proper way for its intended use and purpose.

Exhibit A

FILED DATE: 6/22/2026 3:45 PM 2026L007383

15. At all times relevant, Defendant AMAZON was strictly liable for the dangerous conditions presented by the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform which caused plaintiff's injuries.

16. On or about June 22, 2024, and at all relevant times, Defendant AMAZON owed a duty to refrain from marketing, selling and distributing a defective and unreasonably dangerous 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform for the safety of users or customers including the Plaintiff and others lawfully using the ladder.

17. Notwithstanding said duty, Defendant AMAZON was guilty of one or more of the following under strict liability:

a) Distributed and sold the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform in a defective condition which was unreasonably dangerous to the user or consumer, including the Plaintiff, and is liable for physical harm thereby caused to the ultimate user or consumer, including the Plaintiff, under Section 402A of the Restatement (Second) of Torts;

b) Engaged in the business of selling the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform under Section 402A of the Restatement (Second) of Torts;

c) Reached the user or consumer, including the plaintiff without a substantial change in the condition in which it is sold under Section 402A of the Restatement (Second) of Torts;

d) Involved in the marketing of the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform;

e) Involved in the distribution chain of the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform;

f) Involved in the sale of the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform to stores and directly to customers through the online store Amazon.com;

g) Failed to warn of the ladder's dangerous propensity; and

h) Allowed the 4 Step Ladder, HBTOWER Folding Step Stool with Tool Platform to enter into the chain of distribution when it was a product with inherent dangers

Exhibit A

FILED DATE: 6/22/2026 3:45 PM   2026L007383

that is defective and unreasonably dangerous to the user or consumer, including the plaintiff when they failed to adequately warn of the potential risks or hazards associated with its use.

18.    As a proximate result of one or more of these acts or omissions by Defendant AMAZON, Plaintiff suffered injuries, both temporary and permanent, to his personal and pecuniary interests.

**WHEREFORE**, Plaintiff MARCO CESARIO, demands judgment of Defendant AMAZON.COM SERVICES, LLC for compensatory damages in an amount in excess of $50,000, the jurisdictional minimum of the Law Division of the Circuit Court of Cook County.

Respectfully submitted,

David Nemeroff

Nemeroff Law Offices
105 W. Madison St., Suite 1900
Chicago, IL 60602
(312) 629-8800
Atty. No. 34371
Pursuant to Supreme Court Rule 11,
Please send all pleadings to:
service@nem-law.com

Exhibit A

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 8/20/2026 9:00 AM

**THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
6/22/2026 3:45 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L007383
Calendar, E
38670533

MARCO CESARIO,

        Plaintiff,

-vs-

INFINILADDER TECH, INC., a foreign
Corporation, and
AMAZON.COM SERVICES, LLC, a foreign
Corporation,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2026L007383

Amount claimed in excess of
$50,000.00

## AFFIDAVIT

I, David Nemeroff, first being duly sworn on oath, depose and state as follows:

1.    The damages claimed by the plaintiff(s) exceed the sum of FIFTY THOUSAND

DOLLARS ($50,000).

FURTHER AFFIANT SAYETH NOT.

_____
David Nemeroff, Esq.
Attorney for Plaintiff

## VERIFICATION

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil
Procedure, the undersigned certifies that the statements set forth in this instrument are true and
correct, except as to matters therein stated to be on information and belief and as to such matters
the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
David Nemeroff

Exhibit A

Date: 7/17/2026

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801,  DALEY CENTER.
CHICAGO IL-60602

Cesario Marco

-

NEMEROFF DAVID B
SERVICE@NEM-LAW.COM

Notice of In Person Case Management

CASE: 2026L007383 / Marco Cesario-vs-Infiniladder Tech, Inc. and Amazon.com Services, LLC

All Law Division Motion Calendar Initial Case Management dates will be held In Person,
In-Person Court Date: Thursday  August  20  2026  09:00 AM
Room Court Room 2210 Calendar  E
For all questions on the initial CMC date,
email: LAW.CALEcc@cookcountyil.gov or phone: (312) 603-6066

Exhibit A

Date: 7/17/2026

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801, DALEY CENTER.
CHICAGO IL-60602

Cesario Marco

-

NEMEROFF DAVID B
SERVICE@NEM-LAW.COM

Notice of In Person Case Management

CASE: 2026L007383 / Marco Cesario-vs-Infiniladder Tech, Inc. and Amazon.com Services, LLC

All Law Division Motion Calendar Initial Case Management dates will be held In Person,
In-Person Court Date: Thursday August 20 2026 09:00 AM
Room Court Room 2210 Calendar E
For all questions on the initial CMC date,
email: LAW.CALEcc@cookcountyil.gov or phone: (312) 603-6066

Exhibit A